IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV51
(1:01CR48-10)

| | |
|---|---|
| DENNIS MERRIMON WATERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's motion to and supplement his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

For the reasons stated therein,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to amend and supplement is **ALLOWED**, and the motion is hereby supplemented to reflect the additional grounds for relief reflected therein.

The Clerk is directed to send a copy of Petitioner's motion to amend along with a copy of this Order to Gregory Newman; copies of this Order shall also be furnished to the United States Attorney and the Petitioner.

**Signed: July 18, 2005**

Lacy H. Thornburg
United States District Judge