**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:01CR48**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DENNIS MERRIMON WATERS** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's motion to alter

or amend a judgment pursuant to Rule 59(e) of the Federal Rules of Civil

Procedure or, in the alternative, motion for reconsideration.

On July 29, 2009, this Court denied the Defendant's motion for a

reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on the

recent Amendment to the Sentencing Guidelines with regard to crack

cocaine offenses.  ***See* Order, filed July 29, 2009.**  The Court based its

decision on the fact that had the Guideline Amendment been in place at

the time of Defendant's sentencing, the Guideline sentence would have

been the mandatory minimum of life imprisonment.  Therefore, the

Amendment has no impact on the Defendant's sentence. *Id.* There is nothing in Defendant's instant motion that would amend this classification.

**IT IS, THEREFORE, ORDERED** that Defendant's motion to alter or amend a judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure or, in the alternative, motion for reconsideration is hereby **DENIED**.

Signed: August 27, 2009

Lacy H. Thornburg
United States District Judge